**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| **LONNIE OLIVER, JR.,** ) | |
|       Petitioner, ) | |
| v.  ) | No. 3:11-CV-1765-D |
| ) | No. 3:07-CR-380-D(01) |
| **UNITED STATES OF AMERICA,** ) | |
|       Respondent. ) | |

## ORDER

After conducting a *de novo* review, the court holds that the findings, conclusions, and recommendation of the magistrate judge are correct, and they are adopted as the findings and conclusions of the court.

**SO ORDERED**.

October 24, 2011.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE